UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
HICA EDUCATION LOAN CORPORATION, )   No. C11-0081RSL
)
                 Plaintiff, )
   v. )
) ORDER VACATING ORDER
BRIAN D. BOYD, ) TO SHOW CAUSE AND DIRECTING
) SERVICE
                 Defendant. )
_____)

On May 19, 2011, the Court ordered plaintiff to show cause why the above-captioned matter should not be dismissed for failure to affect service as required by Fed. R. Civ. P. 4(m). Dkt. # 3. In response, plaintiff filed a notice that defendant had filed a petition for relief under Chapter 7 of the Bankruptcy Code (Dkt. # 4) and a memorandum indicating that the bankruptcy proceeding has now been resolved (Dkt. # 5). Plaintiff asserts that it will proceed without delay to serve defendant with the summons and complaint.

The Order to Show Cause entered on May 19, 2011, is hereby VACATED. Plaintiff shall have 60 days from the date of this order to affect service. If plaintiff has difficulty serving defendant as directed by Fed. R. Civ. P. 4, it may, on or before August 9, 2011, seek an extension of time in which to serve. Failure to timely serve or seek an extension may result in the dismissal of this action.

ORDER VACATING ORDER TO SHOW CAUSE
AND DIRECTING SERVICE

1         Dated this 7th day of June, 2011.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER VACATING ORDER TO SHOW CAUSE
AND DIRECTING SERVICE                    -2-